■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IBRAHAM-ABDUS SALAAM, Also Known as JAMES MATTHEWS, Appellant.—Appeal by defendant, as limited by his motion, from a resentence of the Supreme Court, Queens County, imposed March 5, 1975, *nunc pro tunc* as of January 30, 1961 (see *People v Montgomery,* 24 NY2d 130), upon his conviction of

robbery in the second degree, upon his plea of guilty, the resentence being a term of imprisonment with a minimum of 7½ years and a maximum of 30 years. Resentence modified, as a matter of discretion in the interest of justice, by reducing it to the time already served and defendant is discharged from parole. The resentence was excessive to the extent indicated herein. Hopkins, Acting P. J., Martuscello, Latham and Cohalan, JJ., concur.